**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7698**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

       v.

MICHAEL SCOTT CASH,

              Defendant – Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Margaret B. Seymour, District
Judge.  (6:05-cv-00338-MBS; 6:99-cr-00266-MB)

_____

Submitted:  April 21, 2011        Decided:  April 26, 2011

_____

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Scott Cash, Appellant Pro Se.  Isaac Louis Johnson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Scott Cash appeals the district court's orders adopting the recommendation of the magistrate judge and denying relief on Cash's motion to return property and denying Cash's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cash</u>, Nos. 6:05-cv-00338-MBS; 6:99-cr-00266-MB (D.S.C. Oct. 21, 2010; July 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>